IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT WOODWARD                                              PLAINTIFF
#0452670

v.                          No. 5:19-cv-258-DPM

WENDY KELLEY, Director, ADC;
JAMES GIBSON, Warden;
DEXTER PAYNE, Deputy
Director, ADC; MAPLES,
Lieutenant; and JIM DePRIEST,
Assistant Director, ADC                                      DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Woodward hasn't paid the $400 filing and administrative fees in this case. And a motion to proceed *in forma pauperis* would be futile because he is a three-striker. Before filing this lawsuit, he'd had at least three cases dismissed for failing to state a claim. *E.g., Woodward v. Payne*, 5:19-cv-6-BRW; *Woodward v. Kelley, et al.*, 5:19-cv-25-JM; and *Woodward v. Ross, et al.*, 5:19-cv-58-JM. Further, nothing in Woodward's complaint suggests he's currently in imminent danger of serious physical injury. № 1; 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. If Woodward wants to pursue this case, then he must pay the $400 filing and administrative fees and file a

motion to reopen by 16 September 2019. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 August 2019