IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT WOODWARD                                             PLAINTIFF
#0452670

v.                      No. 5:19-cv-258-DPM

WENDY KELLEY, Director, ADC;
JAMES GIBSON, Warden;
DEXTER PAYNE, Deputy
Director, ADC; MAPLES,
Lieutenant; and JIM DePRIEST,
Assistant Director, ADC                                     DEFENDANTS

## JUDGMENT

Woodward's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2019