# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT WOODWARD**  
**#0452670**                                                                        **PLAINTIFF**

v.                            No. 5:19-cv-258-DPM

**WENDY KELLEY, Director, ADC;**  
**JAMES GIBSON, Warden;**  
**DEXTER PAYNE, Deputy**  
**Director, ADC; MAPLES,**  
**Lieutenant; and JIM DePRIEST,**  
**Assistant Director, ADC**                                        **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, *Doc. 21*, and overrules Woodward's objections, *Doc. 23*. FED. R. CIV. P. 72(b)(3). Woodward's individual capacity claims against Kelley, Gibson, and DePriest are barred and will be dismissed with prejudice. Woodward's individual capacity claims against Payne and Maples will be dismissed without prejudice for failure to state a claim. And his official capacity claims against all Defendants will be dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2020