IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT WOODWARD                                                                PLAINTIFF
#0452670

v.                              No. 5:19-cv-258-DPM

WENDY KELLEY, Director, ADC;
JAMES GIBSON, Warden;
DEXTER PAYNE, Deputy
Director, ADC; MAPLES,
Lieutenant; and JIM DePRIEST,
Assistant Director, ADC                                                         DEFENDANTS

## JUDGMENT

1. Woodward's official capacity claims are dismissed with prejudice.

2. Woodward's individual capacity claims against Kelley, Gibson, and DePriest are dismissed with prejudice.

3. Woodward's individual capacity claims against Payne and Maples are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2020